IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: Deborah Hansen | Date: March 19, 2013 |
| Court Reporter: Gwen Daniel | Probation: Nicole D. Peterson |
| | Interpreter: Melinda Gonzalez-Hibner |

_____

Criminal Action No. 12-cr-00356-WJM     *Counsel:*

UNITED STATES OF AMERICA,                Shana Martin

    Plaintiff,

v.

MANUEL ANTONIO ROSALES-                  La Fonda Traore
MIRANDA,

    Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

02:00 p.m.     Court in Session

Appearances

Oath administered to the Interpreter.

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Ms. Martin

1

Sentencing Statement by Ms. Traore

Colloquy between the Court and the defendant

**ORDERED:** There being no objection, the Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) (ECF No. 20) is GRANTED.

Defendant's Allocution

**ORDERED:** Defendant's Motion for a Below-Guideline Range Sentence (ECF No. 25) is GRANTED IN PART.

> Defendant plead guilty to Count 1 of the Indictment on December 19, 2012

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Manuel Antonio Rosales-Miranda, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 36 months, six months to run consecutive to the 12-month sentence the Court imposed on the defendant in 12-cr-00424, the remainder to run concurrent with the sentence imposed in that case.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**No period of supervised release shall be imposed. The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the special assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances**.**

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

02:34 p.m.	Court in Recess
	Hearing concluded
	Time: 34 minutes